# EXHIBIT "2"


Page 1 of 2



```
Doc ID: 033620410002 Type: CRP
Recorded: 04/29/2020 at 03:06:45 PM
Fee Amt: $26.00 Page 1 of 2
Workflow# 0000606556-0001
Buncombe County, NC
Drew Reisinger Register of Deeds
BK 5891 PG 540-541
```

## ASSUMED BUSINESS NAME CERTIFICATE

ORIGINAL NAME:    Asheville Vision and Wellness, O.D., PLLC

ASSUMED NAME:    Asheville Vision & Wellness OD PLLC

PREPARED BY AND
RETURN TO:    Attn: John W. Toth, Esq.
Roberts & Stevens, P.A.
P.O. Box 7647
Asheville, NC 28802 (Box 39)

R&S 2361801_1

Prepared by and return to:
John W. Toth, ROBERTS & STEVENS, P.A.
P. O. Box 7647, Asheville, North Carolina, 28802 (Box 39)

**Asheville Vision & Wellness OD PLLC**
ASSUMED BUSINESS NAME CERTIFICATE

Acting under the provisions of Chapter 66 Article 14A of the General Statutes of North Carolina, I, the undersigned Manager of Asheville Vision and Wellness, O.D., PLLC do hereby certify that the business conducted under the name and style of **Asheville Vision & Wellness OD PLLC**, with a principal place of business located at:

559 Long Shoals Road
Arden, NC 28704

is owned by Asheville Vision and Wellness, O.D., PLLC, a North Carolina professional limited liability company, North Carolina Secretary of State ID Number 1971651. The nature of the business is rendering professional optometric services and consultation through its professional employees duly licensed to provide such services. The county where the assumed business name will be used to engage in business is: Buncombe.

IN WITNESS WHEREOF, this instrument has been executed in its company name by its Manager this 28 day of April, 2020.

Asheville Vision and Wellness, O.D., PLLC

By: _____
Lisa M. Greene, O.D., Manager

State of North Carolina
County of Buncombe

I, a Notary Public for said County and State, certify that **Lisa M. Greene, O.D.** personally came before me this day and acknowledged that she is the Manager of Asheville Vision and Wellness, O.D., PLLC, a North Carolina professional limited liability company, and that by authority duly given and as the act of the company, the foregoing instrument was signed in its name by her as its Manager.

Witness my hand and official seal, this the 28 day of April, 2020.

Notary Public
My Commission Expires: 4/30/22