# EXHIBIT "3"

# SECOND AMENDMENT TO SUBLEASE AGREEMENT

This Second Amendment serves to amend the Sublease Agreement dated January 1, 2016 (the "Sublease Agreement") by and between Luxottica of America Inc. ("Sublessor") and Lisa Greene, O.D. ("Doctor") for the LensCrafters, #976, 26 Schenck Parkway, Asheville, North Carolina location.

Effective January 1, 2021 (the "Amendment Effective Date"), the following modifications shall be made to the Sublease Agreement:

I.     Section 2.B(3)   TERM shall be amended as follows:

This Sublease Agreement may be terminated by either party, by giving the other party Sixty (60) days advance written notice in the manner provided in Section 26.

II.     SCHEDULE I, DECLARATIONS, shall be amended as follows:

Section 2.B(1)   TERM

    The term of this Sublease Agreement begins on January 1, 2016 and extends until close of business on December 31, 2021.

II.     The parties agree that in all other respects the Sublease Agreement shall remain unchanged and in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed this Second Amendment to the Sublease Agreement to be effective on the Amendment Effective Date.

| SUBLESSOR: | DOCTOR: |
|---|---|
| LUXOTTICA OF AMERICA INC. | LISA GREENE, O.D. |
| By: _[signature]_ | By: _[signature]_ |
| Vice President, Vision Care Operations | Lisa Greene, O.D. |