# EXHIBIT "4"



# ASHEVILLE VISION ASSOCIATES
## Lisa M. Greene, O.D.

Attention: Sublease Administration
Luxottica Retail North America, Inc.
4000 Luxottica Place
Mason, OH 45040-8114

Sublease Administration,                    January 5, 2021

As per the condition of my lease agreement, in accordance with Paragraph 26 of the Sublease Agreement, as amended by Paragraph 1 Section 2.B, please allow this letter to serve as my 60 day notice to terminate our lease agreement. My last day in the office will be on March 31, 2021.

I hope the additional days over the 60-day period will help facilitate a smooth transition of the practice. If you have any questions or need additional information for the transition of the practice, you can contact me at 828-508-1747 or email me at lmgreene2020@gmail.com.

Sincerely,

Lisa M Greene, OD