# EXHIBIT "5"



March 11, 2021

**VIA OVERNIGHT MAIL and EMAIL (lmgreene2020@gmail.com )**

Lisa Greene, O.D.
 Biltmore Park Town Square
27 Schenk Parkway #140
Asheville, NC 28803

Re:     Request to Cease & Desist

Dear Dr. Greene:

I write on behalf of Luxottica Retail North America Inc. ("Luxottica").[1]  It has come to our attention that you have become connected with another optometric practice, Asheville Vision and Wellness, in violation of your LensCrafters Doctor Affiliation Agreement ("Agreement"), and intend to open a competing optometric practice, Asheville Vision and Wellness, located at 559 Long Shoals Road, Arden NC 28704 upon the termination of your Agreement.  We have been informed that you have not only been telling patients about your new practice, but that a sign advertising your new practice is posted on the building where you intend to open.  This is a violation of your Agreement. Specifically, pursuant to Section 16(A)(4), you agreed that during the term of your Agreement with Luxottica:

> *Doctor shall not directly or indirectly practice optometry, sell prescription eyewear including eyeglasses and contact lenses, or manage, operate, own, control, act as a consultant to or otherwise be connected with, or be employed by an optometric practice or dispensing optical store….*

Through your connection to and promotion of your new practice during the term of your Agreement, you have violated the above provision, which constitutes a default under your agreement.  A formal notice of default is enclosed herewith.  Luxottica takes seriously the protection and management of its business. Consequently, we are writing to request that you cure this default by ceasing and desisting from informing patients, advertising, and otherwise promoting or connecting yourself with the new practice during the term of your Agreement.

---

[1] The name of Luxottica Retail North America Inc. has changed to Luxottica of America Inc.

Additionally, should you move forward with opening the practice at 559 Long Shoals Road, Arden NC 28704 within one year of the termination of your Agreement, you will also violate Section 16(C) of the Agreement. Specifically, pursuant to Section 16(C), you agreed that:

> *For one year after this Agreement terminates, Doctor shall not directly or indirectly engage in, become employed by, operate, own, manage, control, consult with respect to, or otherwise be connected with any optometric practice or any other business that engages in, or is connected in any manner with, the operation of an optical business selling optical frames and lenses, including contact lenses, or any other business that engages in, or is connected in any manner with, the operation of an optical business selling optical frames and lenses, including contact lenses, located within a three (3)-mile radius of the Office in the event this Agreement terminates because of… [various factors tied to the Doctor's action, including "Doctor has an uncured Default at expiration"].*

Your new, advertised practice location at 559 Long Shoals Road, Arden NC 28704 is located 1.6 miles away from your current LensCrafters location at 27 Schenck Parkway, Ste 140, Asheville NC 28803. Therefore, should you move forward with opening your new practice at this location within one year after your Agreement with Luxottica terminates, you will be in violation of the provision above.

Accordingly, we hereby request that you immediately cease and desist from promoting and affiliating yourself with the new practice during the term of your Agreement and remind you of your non-competition obligation to refrain from opening a competing practice within a three mile radius of your current LensCrafters location for one year after the termination of your Agreement. Luxottica will monitor your conduct and the conduct of Asheville Vision and Wellness. If Luxottica believes that you are continuing to engage in or beginning to engage in conduct that violates the Agreement, it will take appropriate action necessary to protect its legal rights without hesitation or reservation.

Thank you for your attention to this issue. Please do not hesitate to contact me if you have any questions.

Sincerely,

Michael Mott
Associate General Counsel