IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:21-cv-187

| | |
|---|---|
| LUXOTTICA OF AMERICA INC., | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| LISA GREENE and ASHEVILLE | ) |
| VISION AND WELLNESS, O.D., | ) |
| PLLC, | ) |
|     Defendants | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3 Luxottica of America Inc. who is the Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ☐      NO ☒

2. Does party have any parent corporations?

    YES ☒      NO ☐

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    Parent corporation is Oakley, Inc. Oakley, Inc. is an indirect wholly owned subsidiary of Essilor Luxottica (traded on a foreign stock exchange).

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      YES ☐        NO ☒

If yes, identify all such owners: n/a


4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

      YES ☒        NO ☐

If yes, identify entity and nature of interest:

    Essilor Luxottica, which is the indirect parent corporation of Oakley, Inc. No parent, subsidiary, or affiliate is traded on a U.S. stock exchange.


5. Is party a trade association?

      YES ☐        NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: None.

      Date: July 20, 2021

                          */s/Hayley R. Wells*
                          Hayley R. Wells
                          N.C. State Bar I.D. No.: 38465
                          email: docket@wardandsmith.com*
                          email: hrw@wardandsmith.com**
                          Xavier D. Lightfoot
                          N.C. State Bar I.D. No.: 54900
                          email: xdlightfoot@wardandsmith.com*
                          For the firm of
                          Ward and Smith, P.A.
                          Post Office Box 2020
                          Asheville, NC  28802-2020
                          Telephone:  828.348.6070
                          Facsimile:  828.348.6077
                          Attorneys for Plaintiff
                          Luxottica of America Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

ND: 4853-2781-5410, v. 1